*Note Changes By Court*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LAWRENCE A. GOUDIE, an individual; EVELYN G. GOUDIE, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO, N.A.; and DOES 1 through 50 inclusive,,<br><br>Defendants. | CASE NO.: 5:15-cv-00533-AG-DTB<br><br>~~[PROPOSED]~~ JUDGMENT ~~OF DISMISSAL~~<br><br>*[Assigned to the Hon. Andrew J. Guilford]* |

On June 8, 2015, the Court entered an Order granting the Motion to Dismiss First Amended Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), dismissing the First Amended Complaint, in its entirety~~, with prejudice~~.

///

///

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

~~1. The First Amended Complaint is dismissed, as to all causes of action, with prejudice~~

1. Judgment is entered in favor of defendant WELLS FARGO BANK, N.A.; and

2. Plaintiffs, Lawrence A. Goudie and Evelyn G. Goudie will recover nothing in this action from defendant WELLS FARGO BANK, N.A.

DATED: JUNE 12, 2015

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE